Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCSICO DIVISION)

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; and OPERATING ENGINEERS VACATION AND HOLIDAY PAY PLAN,<br><br>    Plaintiffs,<br>vs.<br><br>CLARK'S WELDING AND MACHINE, a partnership; SYLVESTER HABERMAN, individually; and FRANZ EDEL MAYER, individually,<br><br>    Defendants. | Case No.: 03-2544 JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT SLYVESTER HABERMAN; ORDER THEREON** |

/ / / / /

---

REQUEST FOR DISMISSAL AS TO DEFENDANT SYLVESTER HABERMAN;
Case No. C 03-2544 JSW

- 1 -

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice as to Defendant SLYVESTER HABERMAN. Plaintiffs therefore request that the Court to enter an order in conformity with their voluntary dismissal of the matter as to SLYVESTER HABERMAN. SLYVESTER HABERMAN was served with the complaint and summons relating to this matter on June 4, 2003, but did not answer or otherwise respond.

Dated this ___ th day of May of 2005.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS-MULTI SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

## ORDER

Based upon the above and pursuant to Federal Rule of Civil Procedure 41(a), this matter is dismissed without prejudice as to Defendant SLYVESTER HABERMAN.

Dated: July 14, 2005

/s/ Jeffrey S. White
HONORABLE JUDGE JEFFREY S. WHITE